**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br><br>**Plaintiff,**<br>**v.**<br><br>**GETUP-UAW LOCAL 5124,**<br><br>**Defendant.** | **CIVIL ACTION**<br>**NO.: 2:26-cv-05658** |

**MOTION TO DISMISS**

Pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, Defendant GETUP-UAW Local 5124 (the "Union"), by and through its attorneys, hereby file the following Motion to Dismiss the Complaint in this action ("Motion") supported by the attached Memorandum of Law.

**WHEREFORE,** Defendant Union respectfully request that this Honorable Court grant the instant Motion and dismisses the Plaintiff's Complaint with prejudice.

Respectfully submitted,

SPEAR WILDERMAN, P.C.

By: */s/ Jeremy E. Meyer*
JEREMY E. MEYER, ESQUIRE
(PA Bar # 85303)
230 South Broad Street, Suite 1650
Philadelphia, PA 19102
(215) 732-0101
jmeyer@spearwilderman.com

Dated: October 19, 2026

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the date indicated below, the foregoing Defendant's Motion to Dismiss with supporting Memorandum of Law and proposed Order was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

Dated: October 19, 2026

By: *_/s/ Jeremy E. Meyer_*
JEREMY E. MEYER, ESQUIRE