**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br><br>**Plaintiff,**<br>**v.**<br><br>**GETUP-UAW LOCAL 5124,**<br><br>**Defendant.** | : | **CIVIL ACTION**<br>**NO.: 2:26-cv-05658** |

**ORDER**

AND NOW, on this day of , 2026, upon consideration of Defendant's Motion to Dismiss and any response thereto, it is hereby

ORDERED that the Motion to Dismiss is GRANTED; and it is further

ORDERED that this action is DISMISSED WITH PREJUDICE.

______________________________ J.