# Exhibit A

# AMERICAN ARBITRATION ASSOCIATION

## Notice of Hearing

October 29, 2026

Ethan Hill
UAW Local 5124
1930 East Marlton Pike, Suite W109
Cherry Hill, NJ 08003
Via Email to: [redacted]

Kelly Kindig, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Via Email to: [redacted]

Case Number: 01-26-0004-2750

UAW Local 5124
-and-
University of Pennsylvania
Grievance: Misclassification of Biomedical Graduate Workers

PLEASE TAKE NOTICE that a hearing in the above-entitled arbitration will be held as follows:

| | |
|---|---|
| Date: | May 21, 2027 |
| Time: | 10:00 AM Eastern Time |
| Place: | American Arbitration Association<br>230 South Broad Street, 12th Floor<br>Philadelphia, PA 19102<br>United States of America |

Before: Timothy J Brown

NOTE: The Arbitrator's cancellation policy is: 21 days. Daily rate for hearing, research/writing or travel, one half-day ($1300.00) for research/writing or travel day of less than four hours, plus expenses. Cancellation charges: $2600.00 if cancelled 21 or fewer full calendar days prior to hearing date.

Please attend promptly with your witnesses and be prepared to present your proofs.

Christine Naida
Case Administrator
Direct Dial: (215)731-2274
Email: ChristineNaida@adr.org

NOTICE: The arbitrator has arranged his/her schedule and reserved the above date(s) based on the advice of the parties. Therefore, every effort should be made to appear on the date(s) scheduled. In the event that unforeseen circumstances make it impossible to attend the hearing as scheduled, a party requesting a postponement should obtain the agreement of the other party. If there is no mutual agreement, the arbitrator(s) will make a

determination. All requests for postponements must be communicated to the case administrator not the arbitrator. There should be no communication between the parties and the neutral arbitrator(s) other than at oral hearings. In some instances, postponements are subject to cancellation fees by the arbitrator(s). Any party wishing a stenographic record must make arrangements directly with the stenographer and notify the other parties in advance of the hearings.

cc : Timothy J. Brown
Jeannie Moon
Clancy Murray
Linda Esposito
Sean Burke, Esq.
Jennifer Feldman
Jeffrey Rowland
Joseph Scopelitis, Esq.