**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE TRUSTEES OF UNIVERSITY OF PENNSYLVANIA<br><br>Plaintiff<br><br>v.<br><br>GETUP-UAW LOCAL 5124<br><br>Defendant | Civil Action<br>NO. 2:26-cv-05658 |

**[PROPOSED] ORDER**

AND NOW, this ________ day of __________, 2026, upon review of Plaintiff's Motion for Leave to File a Sur-Reply in further support of Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to enter on the docket for this matter the Sur-Reply attached at **TAB A** to Plaintiff's Motion for Leave.

BY THE COURT:

______________________________
JUDGE HARVEY BARTLE III

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE TRUSTEES OF UNIVERSITY OF PENNSYLVANIA<br><br>Plaintiff<br><br>v.<br><br>GETUP-UAW LOCAL 5124<br><br>Defendant | Civil Action<br>NO. 2:26-cv-05658 |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE A SUR-REPLY IN FURTHER SUPPORT OF**
**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, the Trustees of University of Pennsylvania (the "University"), hereby moves for leave to file the attached Sur-Reply in response to the Reply Brief of Defendant, GETUP-UAW Local 5124 (the "Union"), and in further support of Plaintiff's Opposition of Defendant's Motion to Dismiss Plaintiff's Complaint (the "Reply"). ECF No. 20. In support thereof, the University states as follows:

1. On November 11, 2026, the Union filed the Reply, in which the Union raised new arguments and documents regarding the University allegedly consenting to arbitration of the issues raised in its Complaint.

2. This argument was not previously raised in its Motion to Dismiss. ECF No. 16.

3. In addition, the Union relies on facts and documents that are outside the pleadings.

4. In order to address the new arguments, facts, and documents raised in the Reply, the University seeks leave to file the Sur-Reply attached hereto as Tab A .

**WHEREFORE**, for good cause shown, the University respectfully request that the Court grant its motion for leave to file the attached sur-reply.

COZEN O'CONNOR

By: *s/ George A. Voegele, Jr.*
George A. Voegele, Jr. (PA 76812)
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-5595

Anneliese Wermuth (*pro hac vice)*
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7876

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Pennsylvania on November 13, 2026, using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's CM/ECF System.

COZEN O'CONNOR

By: *s/ George A. Voegele, Jr.*
George A. Voegele, Jr. (PA 76812)
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-5595

Anneliese Wermuth (*pro hac vice)*
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7876

*Attorney for Plaintiff*