COZEN O'CONNOR

July 27, 2026

**Kelly T. Kindig**
Direct Phone 215-665-7252
kkindig@cozen.com

**VIA EMAIL (CHRISTINENAIDA@ADR.ORG)**

Christine Naida
Case Administrator
American Arbitration Association
230 South Broad Street
12th Floor
Philadelphia, PA 19102-4106

**Re: GETUP-UAW LOCAL 5124 – and – The Trustees of the University of Pennsylvania, Case No. 01-26-0004-2750**

Dear Ms. Naida:

We represent the Trustees of the University of Pennsylvania ("the University") with respect to the above-referenced demand for arbitration filed by GETUP-UAW LOCAL 5124 ("the Union"), which represents certain graduate student workers at the University. We write to request that the American Arbitration Association ("AAA") cease and desist any further processing of this grievance, pending court action.

The Union's grievance does not allege a breach of the parties' collective bargaining agreement ("CBA"). Instead, it seeks to unlawfully expand or clarify the bargaining unit to include non-employees not encompassed within the CBA's recognition provisions, specifically students not covered by Section 7 of the National Labor Relations Act. That is a representational dispute, not a question of contract interpretation, and therefore it is not arbitrable under the parties' CBA. Because the dispute involves students, it also implicates non-arbitrable student privacy rights under the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g.

The University takes these matters seriously and raised its concerns to the Union directly, but they were disregarded. Accordingly, the University will file suit in federal court seeking a declaratory judgment that the grievance is not arbitrable. Substantive arbitrability, including any asserted duty to arbitrate, is for judicial determination, not an arbitrator.

In light of the foregoing, we respectfully request that AAA halt all processing of the Union's demand while these threshold issues are litigated. Please let me know if you would like to discuss or need any additional information.[1]

---

[1] The University hereby expressly reserves any other objections and arguments it might have to the continued processing of this grievance including, without limitation, that the grievance is untimely on its face and contrary to agreements of the parties. Additionally, the grievance is moot as the remedy sought relates to students who now have joined the bargaining unit.

We appreciate your prompt attention to this matter.

Sincerely,

COZEN O'CONNOR

BY: KELLY T. KINDIG

KTK:cmf

cc: Ethan Hill, UAW Local 5124 (via email)
Sean Burke, Esquire (via email)
Jennifer Feldman, Esquire (via email)
Joseph A. Scopelitis, Esquire (via email)