Ethan Hill
UAW Local 5124
ehill@uaw.net

August 4, 2026

Christine Naida
Case Administrator
American Arbitration Association
230 South Broad Street, Floor 12
Philadelphia, PA 19102-4493

**Re: UAW Local 5124 -and- The University of Pennsylvania Grievance: Misclassification of Biomedical Graduate Studies Graduate Workers, Case No. 01-26-0004-2750**

Dear Ms. Naida,

Please consider this letter as the Union's response to Ms. Kindig's July 27, 2026 letter concerning the above referenced grievance.

In her letter, Ms. Kindig claims that this controversy is not arbitrable because the grievance "does not allege a breach of the parties' collective bargaining agreement ('CBA')." That is simply incorrect. The CBA contains a recognition clause that states that Educational Fellowship Recipients ("EFRs") are part of the bargaining unit "if they provide teaching or research services for the University" but excluding those EFRs "in lab rotation in the first year of the Biology PhD Program and the first and second years of the Biomedical Graduate Studies PhD Program." The grievance alleges that the University has violated that provision of the CBA when it did not allow EFRs to join the unit when (a) they are in their first or second year of a Biology or Biomedical Graduate Studies program but have completed their lab rotations and are providing research services, or (b) they are in their first or second year of a Biology or Biomedical Graduate Studies program and are providing teaching services.

The Union's entire argument is based upon the language of the recognition clause of the CBA. Specifically, that the University violated the clear language of the recognition clause when it refused to include in the bargaining unit individuals who under the recognition clause should be included. It is the Union's contention that by not including those individuals, University violated the CBA. The grievance procedure under the CBA defines a grievance to be "a claim or dispute regarding the interpretation, application, or alleged violation of specific terms or provisions of this Agreement." It further states that "Grievances shall be processed in accordance with the procedures outlined in this Article." (emphasis added) The Union's grievance is exactly the kind of controversy that the grievance procedure was created for. In fact, the CBA specifies

that a controversy over the meaning of the recognition clause must be adjudicated through the grievance procedure.

While Ms. Kindig threatened to file a "suit in federal court," no such lawsuit has been filed. Unless a court enters an order blocking arbitration, AAA has no ability to not process a petition for arbitration simply on the say-so of one party. If there is any question whether a controversy is arbitrable, that question should be addressed by the arbitrator.

Sincerely,

Ethan Hill
UAW Local 5124

Cc: Kelly Kindig
Jeannie Moon
Clancy Murray
Linda Esposito
Sean Burke
Jennifer Feldman
Jeffrey Rowland
Joseph Scopelitis