AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

Kenneth Egger
Vice President
230 South Broad Street
12th Floor
Philadelphia, PA 19102-4106
Telephone: (215)732-5260

August 4, 2026

Ethan Hill
UAW Local 5124
1930 East Marlton Pike, Suite W109
Cherry Hill, NJ 08003
Via Email to: Ehill@uaw.net

Kelly Kindig, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Via Email to: kkindig@cozen.com

Case Number: 01-26-0004-2750

UAW Local 5124
-and-
University of Pennsylvania
Grievance: Misclassification of Biomedical Graduate Workers

Dear Parties:

This will acknowledge receipt of a Mr. Hill's August 4, 2026 letter, copies of which we note was forwarded to opposing counsel.

The issue before the American Arbitration Association (the AAA) is whether the filing requirements contained in the AAA's Rules have been met by the filing party. After review of the file, the AAA has made an administrative determination that they have met the filing requirements by filing a demand for arbitration providing for administration by the AAA under its Rules. Accordingly, in the absence of an agreement by the parties or a court order staying this matter, the AAA will proceed with the administration of the arbitration.

However, the parties' contentions have been made a part of the file and will be forwarded to the arbitrator upon appointment, at which time the parties may submit their jurisdictional or arbitrability arguments to the arbitrator for determination.

The AAA serves as a neutral administrative agency and does not generally appear or participate in judicial proceedings relating to arbitration. The AAA should not be named as a party-defendant. The Rules state that the AAA is not a "necessary party". The AAA will abide by an order issued by the courts and the parties are requested to keep us informed as to the outcome.

As stated in our previous letter which included the arbitrator list and resumes, we encourage the parties to agree on a neutral. Absent agreement we ask each party to strike the names objected to, number the remaining names in order of preference and return the list on or before August 11, 2026.

The list for selection of arbitrators is also available on-line. The parties may strike and rank their preferences, which will be kept confidential.

Please contact me if you have any questions or concerns.

Sincerely,

Christine Naida
Case Administrator
Direct Dial: (215)731-2274
Email: ChristineNaida@adr.org

cc :

Jeannie Moon
Clancy Murray
Linda Esposito
Sean Burke
Jennifer Feldman
Jeffrey Rowland
Joseph Scopelitis, Esq.

**A M E R I C A N A R B I T R A T I O N A S S O C I A T I O N**

Do not send this form to the other party

DATE LIST SUBMITTED: August 4, 2026
CASE MANAGER: Christine Naida

Case Number: 01-26-0004-2750

UAW Local 5124
University of Pennsylvania
Grievance: Misclassification of Biomedical Graduate Workers

**LIST FOR SELECTION OF ARBITRATOR**

************************************************************************************

After striking the name of any unacceptable arbitrator, please indicate your order of preference by number. We will try to appoint a mutually acceptable arbitrator who can hear your case promptly. Leave as many names as possible. Biographical information is attached. Unless your response is received by DUE DATE, all names submitted will be deemed acceptable.

Timothy J. Brown

Lisa C. Charles

Ralph H. Colflesh, Jr., Esq.

Mattye M. Gandel

Robert C. Gifford, Esq.

Richard M. Goldberg, Esq.

Jared N. Kasher

Joyce M. Klein, Esq.

Barbara Lichtman

Randi Elyse Lowitt, Esq.

Thomas G. McConnell, Jr., Esq.

Richard C. McNeill, Jr., Esq.

Deborah L. Murray-Sheppard

Joan Parker

David J. Reilly, Esq.

************************************************************************************

By______________________________________________ Party ______________________________

SCHEDULING PREFERENCES

In order to expedite the scheduling of the hearing(s), the parties are requested to complete the following:

Preferred months / dates: ______________________________________________

Number of hearings expected: ___________________________________________

Preferred hearing location: ____________________________________________