**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br><br>**Plaintiff,**<br>**v.**<br><br>**GETUP-UAW LOCAL 5124,**<br><br>**Defendant.** | **CIVIL ACTION**<br>**NO.: 2:26-cv-05658** |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION**
**FOR LEAVE TO FILE SUR-REPLY**

Defendant GETUP-UAW Local 5124, by and through its attorneys, opposes Plaintiff Trustees of the University of Pennsylvania's Motion for Leave to File Sur-Reply in Further Support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

As the Court undoubtedly knows, the Court's individual Policies and Procedures states that while a Reply Brief to a Motion is permitted "[n]o further briefs may be filed" after the Reply Brief. Practices and Procedures of the Honorable Harvey Bartle III, p. 4. The Policies and Procedures do not give any exception to that rule, and, Plaintiff fails to raise sufficient cause to make an exception in this case.

WHEREFORE, Defendant respectfully requests that this Honorable Court deny Plaintiff's Motion.

Respectfully submitted,

SPEAR WILDERMAN, P.C.

By: */s/ Jeremy E. Meyer*

JEREMY E. MEYER, ESQUIRE
(PA Bar # 85303)
230 South Broad Street, Suite 1650
Philadelphia, PA 19102
(215) 732-0101
jmeyer@spearwilderman.com

Dated: November 17, 2026

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the date indicated below, the foregoing Defendant's Opposition to Plaintiff's Motion for Leave to File Sur-Reply with proposed Order was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

Dated: November 17, 2026

By: */s/ Jeremy E. Meyer*
JEREMY E. MEYER, ESQUIRE