**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br><br>**Plaintiff,**<br>**v.**<br><br>**GETUP-UAW LOCAL 5124,**<br><br>**Defendant.** | : | **CIVIL ACTION**<br>**NO.: 2:26-cv-05658** |

**[PROPOSED] ORDER**

AND NOW, on this day of , 2026, upon consideration of Plaintiff's Motion for Leave to File a Sur-Reply in Further Support of Plaintiff's Opposition to Defendant's Motion to Dismiss (ECF 21), it is hereby:

ORDERED that the Motion for Leave is DENIED.

HON. HARVEY BARTLE III
UNITED STATES SENIOR JUDGE