**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE TRUSTEES OF UNIVERSITY OF PENNSYLVANIA<br><br>Plaintiff<br><br>v.<br><br>GETUP-UAW LOCAL 5124<br><br>Defendant | Civil Action<br>NO. 2:26-cv-05658 |

**ORDER**

AND NOW, this 17th day of November, 2026, upon review of Plaintiff's Motion for Leave to File a Sur-Reply in further support of Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to enter on the docket for this matter the Sur-Reply attached at **TAB A** to Plaintiff's Motion for Leave.

BY THE COURT:

/s/ Harvey Bartle III
J.